UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JOSEPH BLACK,<br><br>    Plaintiff,<br><br>    v.<br><br>P. THOMAS, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01115-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME**<br><br>(Doc. 12) |

    Defendants apply *ex parte* for an extension of time to file a responsive pleading to Plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144(c). (Doc. 12.) Defendants' response is currently due May 25, 2021. (*See* Docs. 7, 9.)

    Upon consideration of Defendants' application, including defense counsel's supporting declaration, the Court finds good cause to grant the request for an extension of time. Accordingly, Defendants' application is GRANTED. Defendants shall have until June 22, 2021, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **May 24, 2021**                     /s/ *Sheila K. Oberto*        
                                                                                     UNITED STATES MAGISTRATE JUDGE