UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JOSEPH BECK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. THOMAS, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01115-DAD-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 25) |

Defendants apply *ex parte* to modify the Court's discovery and scheduling order (Doc. 24) to extend the discovery and dispositive-motion deadlines. (Doc. 25.) Upon consideration of the application, including defense counsel's supporting declaration, the Court finds good cause to grant the request. Accordingly, the Court ORDERS:

1. Defendants' *ex parte* application (Doc. 25) is GRANTED;
2. The deadline for completing all discovery, including filing motions to compel, is extended to March 3, 2022; and,
3. The deadline for filing pretrial dispositive motions is extended to May 2, 2022.

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **December 7, 2021**　　　　　　　　　/s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE