UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JOSEPH BECK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. THOMAS, et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-01115-DAD-SKO (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 29) |

Defendants have filed an *ex parte* application to modify the Court's December 8, 2021, scheduling order, (Doc. 26), to extend the discovery and dispositive-motion deadlines. (Doc. 29.) Upon consideration of the application, including defense counsel's supporting declaration and the pending motion to compel, the Court finds good cause to grant the request.

Accordingly, the Court ORDERS:

1. Defendants' *ex parte* application (Doc. 29) is GRANTED;
2. The deadline for completing all discovery, including filing motions to compel, is extended to May 2, 2022; and
3. The deadline for filing pretrial dispositive motions is extended to July 1, 2022.

All other deadlines set by the August 2, 2021, discovery and scheduling order (Doc. 24) remain in effect.

IT IS SO ORDERED.

Dated:  **February 23, 2022**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1