UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JOSEPH BECK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. THOMAS, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01115-ADA-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR TERMINATING SANCTIONS<br><br>(ECF No. 36) |

　　　　Plaintiff Casey Joseph Beck, a former state prisoner appearing *pro se* and proceeding *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on August 12, 2020. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 4, 2022, the assigned Magistrate Judge issued findings and recommendations, recommending that Defendants' motion for terminating sanctions be granted. (ECF No. 36.) Plaintiff did not file objections within the 14-day period to do so. (*Id*. at 6.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

///

///

Accordingly,

1. The findings and recommendations issued on August 4, 2022 (ECF No. 36), are ADOPTED in full;
2. Defendants' motion for terminating sanctions (ECF No. 35) is GRANTED;
3. This action is dismissed for Plaintiff's failure to prosecute and failure to obey court orders; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 28, 2022                            _____
                                                        UNITED STATES DISTRICT JUDGE